IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHRYN KIKER, Individually and as Natural Parent and Guardian of C.S., a Minor<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE LLC<br><br>Defendant. | CIVIL ACTION<br>NO. 14-1445 |

# ORDER

**AND NOW**, this 1st day of October 2014, upon consideration of Defendant's Motion to Transfer Venue to the United States District Court for the Southern District of Ohio (Doc. No. 11); Plaintiffs' Brief in Opposition (Doc. No. 19); Defendant's Reply (Doc. No. 20); the arguments of counsel for parties at the hearing held July 14, 2014; Defendant's Motion for Leave to File a Notice of Supplemental Authority (Doc. No. 34); and Plaintiffs' Response (Doc. No. 35), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Transfer Venue (Doc. No. 11) is **GRANTED**. This case shall be **TRANSFERRED** to the United States District Court for the Southern District of Ohio.

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.